1  TRINETTE G. KENT (State Bar No. 025180)
2  11811 North Tatum Blvd., Suite 3031
   Phoenix, Arizona 85028
3  Telephone: (480) 247-9644
4  Facsimile: (480) 717-4781
   tkent@lemberglaw.com
5
6  *Of Counsel to*
   Lemberg & Associates LLC
7  A Connecticut Law Firm
8  1100 Summer Street
   Stamford, CT  06905
9  Telephone: (203) 653-2250
10 Facsimile: (203) 653-3424

11 Attorneys for Plaintiff,
12 Dean Miller

13
                 UNITED STATES DISTRICT COURT
14
                  FOR THE DISTRICT OF ARIZONA
15

16 | Dean Miller,                                  | Case No.: 3:13-cv-08046-NVW |
17 |                                               | **NOTICE OF SETTLEMENT**    |
   |              Plaintiff,                       |                             |
18 |                                               |                             |
19 |     vs.                                       |                             |
20 | Pioneer Credit Recovery, Inc.; and DOES       |                             |
21 | 1-10, inclusive,                              |                             |
22 |              Defendants.                      |                             |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 21st day of March, 2013.


LEMBERG & ASSOCIATES, LLC

 */s/ Trinette G. Kent*
TRINETTE G. KENT

Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On March 21, 2013, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

**BY ELECTRONIC FILING:** I hereby certify that on March 21, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.
Tel.: (203) 653-2250
Fax: (203) 653-3424
Email: tkent@lemberglaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

1 Executed on March 21, 2013.

2

3             */s/ Allison Ercolano*
             Allison Ercolano

4              Paralegal to Trinette G. Kent

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4